# EXHIBIT 38

# *Candelaria v. Conopco, Inc.*: Design Defect Forty-Nine-State Survey (excluding Hawaii)

| State | Standard for Identifying Defect | Proof of Reasonable Alternative Design Required or Weighed |
|---|---|---|
| AK | **Risk-utility test or consumer expectation test.** *Gen. Motors Corp. v. Farnsworth*, 965 P.2d 1209, 1220 (Alaska 1998). | **Not required but weighed.** *Shanks v. Upjohn Co.*, 835 P.2d 1189, 1197 (Alaska 1992); *Specter v. Texas Turbine Conversions, Inc.*, 2020 WL 7381400, at *3 (D. Alaska Dec. 15, 2020). |
| AL | Alabama product defect claims subject to either negligence of Alabama Extended Manufacturer's Liability Doctrine (AEMLD)<br><br>**Risk-Utility Test.** *Gen. Motors Corp. v. Jernigan*, 883 So.2d 646, 662 (Ala. 2003) | **Yes, for AEMLD.** *Beech Through Beech v. Outboard Marine Corp.*, 584 So. 2d 447, 450 (Ala. 1991); *Hosford v. BRK Brands, Inc.*, 223 So. 3d 199, 203 (Ala. 2016) |
| AR | **Risk-Utility Test.** *Lee v. Martin*, 45 S.W.3d 860, 864 (Ark. App. 2001) | **Not required but weighed.** *Boerner v. Brown & Williamson Tobacco Corp.*, 260 F.3d 837, 846 (8th Cir. 2001). |
| AZ | **Consumer expectation test, but risk-utility if consumer expectation test cannot provide complete answer.** Dart v. Wiebe Mfg., Inc., 709 P.2d 876, 881–82 (Az. 1985). | **Not required but weighed.** *Feuerstein v. Home Depot, U.S.A., Inc.*, 2014 WL 2557122, at *4 (D. Ariz. June 6, 2014) |
| CA | **Either risk-utility test or consumer expectations test.** *Merrill v. Navegar, Inc.*, 28 P.3d 116, 125 (Cal. 2001). | **Yes, if risk-utility test applied.** Judicial Council of California Civil Jury Instruction 1204. |
| CO | **Risk-utility test** Armentrout v. FMC Corp., 842 P.2d 175, 183–84 (Colo. 1992). | **Not required but weighed.** *Bartholic v. Scripto-Tokai Corp., 140 F. Supp. 2d 1098, 1110 (D. Colo. 2000).* |
| CT | **Hybrid approach.** *Potter v. Chicago Pneumatic Tool Co.,* 694 A.2d 1319, 1333 (Conn. 1997) ("the modified consumer expectation test provides the jury with the product's risks and utility then inquires whether a reasonable consumer would consider the product unreasonably dangerous") | **Not required but weighed.** *Izzarelli v. R.J. Reynolds Tobacco Co.*, 136 A.3d 1232, 1251 (Conn. 2016). |
| DE | **No strict liability for products liability actions**. *Cline v. Prowler Inds. Of Maryland, Inc.*, 418 A.2d 968 (Del. 1980) | |
| FL | **Consumer expectations test**. *Aubin v. Union Carbine Corp.*, 177 So.3d 489, 511 (Fla. 2015). | **Not required but weighed**. *Aubin v. Union Carbide Corp.*, 177 So. 3d 489, 511 (Fla. 2015) |
| GA | **Risk-utility test.** *Banks v. ICI Americas, Inc.*, 450 S.E.2d 671, 674 (Ga. 1994) | **Not required but weighed.** *Banks v. ICI Americas, Inc.*, 450 S.E.2d 671, 675, n 6 (Ga. 1994). |
| IA | **Risk-utility test** *Wright v. Brooke Grp. Ltd.*, 652 N.W.2d 159, 166–67 (Iowa 2002) | **Required.** *Wright v. Brooke Grp. Ltd.*, 652 N.W.2d 159, 166–67 (Iowa 2002) |

| ID | **Unreasonable risk of physical injury.** *Puckett v. Oakfabco, Inc.*, 979 P.2d 1174, 1179–81 (Idaho 1999) | **Required.** *Puckett v. Oakfabco, Inc.*, 979 P.2d 1174, 1181 (Idaho 1999) |
|---|---|---|
| IL | **Either risk-utility test or consumer expectations test** . *Mikolajczk v. Ford Motor Co.*, 901 N.E.2d 329, 352-53 (Ill. 2008) | **Not required but weighed**. *Jablonski v. Ford Motor Co.*, 955 N.E.2d 1138, 1154 (Ill. 2011) |
| IN | **Consumer expectations test.** *Baker v. Heye-America*, 799 N.E. 1135, 1140 (Ind. App. 2003) | **Not required but weighed**. *Kaiser v. Johnson & Johnson,* 947 F.3d 996, 1013–14 (7th Cir. 2020) (applying Indiana law) |
| KS | **Consumer expectation test.** *Delaney v. Deere & Co.*, 999 P.2d 930, 946 (Kan. 2000). | **Not required but weighed**. *Delaney v. Deere & Co.*, 999 P.2d 930, 945 (Kan. 2000). |
| KY | **Risk-utility test.** *Toyota Motor Corp. v. Gregory*, 136 S.W.3d 35, 42 (Ky. 2004). | **Required.** *Toyota Motor Corp. v. Gregory*, 136 S.W.3d 35, 42 (Ky. 2004). |
| LA | **Risk-utility test.** *Vallee v. Crown Equip. Corp. of Ohio*, 2022 WL 179532, at *3 (E.D. La. Jan. 20, 2022). | **Required**. *See* LSA-R.S. § 9:2800.56. |
| MA | **Consumer expectation test (strict liability design defect theory brought as implied warranty claim)**. *Town of Westport v. Monsanto Co.*, No. CV 14-12041, 2017 WL 1347671, at *4 (D. Mass. Apr. 7, 2017), aff'd, 877 F.3d 58 (1st Cir. 2017) | **Required.** *Bell v. Covidien LP*, No. CV 22-11465-FDS, 2023 WL 3006175, at *5 (D. Mass. Apr. 19, 2023) |
| MD | **Risk-utility test if the product malfunctioned; consumer expectation test otherwise.** *Halliday v. Sturm, Ruger & Co.*, 792 A.2d 1145, 1153 (Md. 2002) | **Weighed if consumer expectations applied; Yes if risk-utility test applied.** *Halliday v. Sturm, Ruger & Company, Inc.*, 792 A.2d 1145, 1153 (Md. 2002); *Conway v. Am. Med. Sys., Inc.*, 2021 WL 6126293, at *8 (D. Md. Dec. 28, 2021; *Cantrell v. Wirtgen Am., Inc.*, 2011 WL 915324, at *7 (D. Md. Mar. 15, 2011). |
| ME | **Risk-utility test**. *St. Germain v. Husqvarna Corp.*, 544 A.2d 1283, 1285 (Me. 1988) | **Required.** S*tanley v. Schiavi Mobile Homes, Inc.*, 462 A.2d 1144, 1148 (Me. 1983). |
| MI | **Risk-utility test (strict liability design defect theory brought as implied warranty or negligence claim**). *Ray v. Rheem Textile Sys., Inc.*, No. 225934, 2002 WL 433157, at *2 (Mich. Ct. App. Mar. 19, 2002); *Est. of Patel by Patel v. Reinalt-Thomas Corp.*, No. 337851, 2018 WL 5305098, at *7 (Mich. Ct. App. Oct. 25, 2018) | **Required.** *Reeves v. Cincinnati, Inc.*, 439 N.W.2d 326, 329 (Ct. App. Mich. 1989). |
| MN | **Risk-utility test.** *Kallio v. Ford Motor Co.*, 407 N.W.2d 92, 95 (Minn. 1987) | **Required.** *Kallio v. Ford Motor Co.*, 407 N.W.2d 92, 95 (Minn. 1987). |

| | | |
|---|---|---|
| MO | **Jury question of whether product was unreasonably dangerous**. *Rodriguez v. Suzuki Motor Corp.*, 996 S.W.2d 47, 65 (Mo. 1999). | **Not required but weighed.** *Thompson v. Brown & Williamson Tobacco Corp.*, 207 S.W.3d 76, 90, n 5 (Mo. Ct. App.2006); Mo. Ann. Stat. § 537.764(4). |
| MS | **Consumer expectations.** *Williams v. Bennett*, 921 So.2d 1269, 1275 (Miss. 2006). | **Required**. See Miss. Code Ann. § 11-1-63(f)(ii) |
| MT | **Risk–utility test**. *Rix v. Gen. Motors Corp.*, 723 P.2d 195, 201 (Mont. 1986). | **Only if the alternative designs existed at the time of manufacture**. *Preston v. Montana Eighteenth Jud. Dist. Ct., Gallatin Cnty.*, 936 P.2d 814, 820 (Mont. 1997) |
| NC | **Risk-Utility Test (statutory claim).** N.C. Gen. Stat. Ann. § 99B-6. | **Required.** N.C. Gen. Stat. Ann. § 99B-6. |
| ND | **Risk-utility test.** *Endresen v. Scheels Hardware and Sports Shop, Inc.*, 560 N.W.2d 225, 234 (N.D. 1997) | **Required.** *Erling v. American Allsafe Co.*, 230 F.3d 1362 (8th Cir. 2000). |
| NE | **Consumer expectations test.** *Rahmig v. Mosley Mach. Co.*, 421 N.W.2d 56, 68 (Neb. 1987) | **Not required but weighed.** *Jay v. Moog Auto., Inc.*, 652 N.W.2d 872, 880 (Neb. 2002). |
| NH | **Risk-utility test.** *Kelleher v. Marvin Lumber & Cedar Co.*, 891 A.2d 477, 493 (N.H. 2005). | **Not required but weighed.** *Vautour v. Body Masters Sports Indus., Inc.*, 784 A.2d 1178, 1183 (N.H. 2001). |
| NJ | **Risk-utility test.** *Hindermyer v. B. Braun Med. Inc.*, 419 F.Supp.3d 809, 823–24 (D.N.J. 2019) | **Yes.** N.J. Stat. § 2A:58C-3(a)(1) |
| NM | **"Unreasonable risk of injury" test.** *Brooks v. Beech Aircraft Corp.*, 902 P.2d 54, 61 (N.M. 1995) | **Not required but weighed.** *Bustos v. Hyundai Motor Co.*, 243 P.3d 440, 452 (N.M. Ct. App. 2010 |
| NV | **Consumer expectations test.** *Ford Motor Co. v. Trejo*, 402 P.3d 649, 655 (Nev. 2017) | **Not required but weighed.** *Otto v. Refacciones Neumaticas La Paz, S.A., DE C.V.*, 2020 WL 907560, at *5 (D. Nev. Feb. 25, 2020 |
| NY | **Risk-utility test.** *Denny v. Ford Motor Co.*, 662 N.E.2d 248, 257 (N.Y. 1995). | **Required.** *Scarangella v. Thomas Built Buses, Inc.*, 717 N.E.2d 679, 681–82 (N.Y. 1999) |
| OH | **Either risk-utility test or consumer expectations test.** *Perkins v. Wilkinson Sword., Inc.*, 700 N.E.2d 1247, 1251 (Ohio 1998). | **Required.** Ohio Rev. Code Ann. § 2307.75(F |
| OK | **Consumer expectations test.** *Woods v. Fruehauf Trailer Corp.*, 765 P.2d 770, 774 (Okla. 1988). | **Not required but weighed.** *AlNahhas v. Robert Bosch Tool Corp.*, 706 F. App'x 920, 935 (10th Cir. 2017) |

| | | |
|---|---|---|
| OR | **Consumer expectations test.** *McCathern v. Toyota Motor Corp.*, 23 P.3d 320, 331–32 (Or. 2001). | **Not required but weighed.** *AlNahhas v. Robert Bosch Tool Corp.*, 706 F. App'x 920, 935 (10th Cir. 2017). |
| PA | **Either risk-utility or consumer expectations test.** *Tincher v. Omega Flex, Inc.*, 104 A.3d 328, 407 (Pa. 2014). | **Not required but weighed.** *Tincher v. Omega Flex, Inc.*, 104 A.3d 328, 407 (Pa. 2014). |
| RI | **Consumer expectations test.** *Castrigano v. E.R. Squibb & Sons, Inc.*, 546 A.2d 775, 779 (R.I. 1988). | **Not required but weighed.** Buonanno v. Colmar Belting Co., 733 A.2d 712, 718 (R.I. 1999). |
| SC | **Risk-utility test.** *Branham v. Ford Motor Co.,* 701 S.E.2d 5, 14–16 (S.C. 2010). | **Required.** *Branham v. Ford Motor Co.,* 701 S.E.2d 5, 14-16 (S.C. 2010). |
| SD | **Either risk-utility test or consumer expectations test** *See generally Karst v. Shur-Co.*, 878 N.W.2d 604 (S.D. 2016). | **Not required but weighed.** *Karst v. Shur-Co.,* 878 N.W.2d 604 (S.D. 2016). |
| TN | **Either risk-utility test or consumer expectations test.** *Ray by Holman v. BIC Corp.*, 925 S.W.2d 527, 533 (Tenn. 1996). | **Not required but weighed..** *Potter v. Ford Motor Co.*, 213 S.W.3d 264, 269 (Tenn. Ct. App. 2006) |
| TX | **Risk-utility test.** *Timpte Ind., Inc. v. Gish*, 286 S.W.3d 306, 311 (Tex. 2009).) | **Required.** Tex. Civ. Prac. & Rem. Code Ann. § 82.005(a)(1); *Gen. Motors Corp. v. Sanchez*, 997 S.W.2d 584, 588 (Tex. 1999). |
| UT | **Consumer expectations test.** *Dimick v. OHC Liquidation Trust*, 157 P.3d 347, 349–50 (Utah App. 2007). | **Required.** *Petersen v. Raymond Corp.*, 994 F.3d 1224, 1226 (10th Cir. 2021). |
| VA | **Failed to satisfy governmental standards, industry standards, or reasonable consumer expectations (strict liability design defect theory brought as implied warranty or negligence claim).** *Lowe v. Cerner Corp.*, No. 20-2270, 2022 WL 17269066, at *4 (4th Cir. Nov. 29, 2022) | **Required.** *Dodson v. C.R. Bard, Inc.*, No. 3:20CV596 (DJN), 2020 WL 7647631, at *5 (E.D. Va. Dec. 23, 2020) |
| VT | **Consumer expectations test.** *Farnham v. Bombardier, Inc.*, 640 A.2d 47, 48 (Vt. 1994). | **If Third Restatement is applied, then required. If Second Restatement applied, then weighed.** *Compare Heco v. Johnson Controls, Inc.*, 2013 WL 6978667, at *2 (Vt. Super. Nov. 01, 2013). |
| WA | **Either risk-utility test or consumer expectations test.** *Soproni v. Polygon Apt. Partners*, 971 P.2d 500, 505 (Wash. 1999). | **If risk-utility applied, required; if consumer expectations applied, weighed**. *Thongchoom v. Graco Children's Products, Inc.*, 71 P.3d 214 (Wash. App. Div. 3 2003) |
| WI | **Consumer expectations test.** *Green v. Smith & Nephew AHP, Inc.*, 629 N.W.2d 727, 739 (Wis. 2001). | **Required.** Wis. Stat. § 895.047(1)(a); Moore v. Nat'l Presto Indus., Inc., 2022 WL 1555875, at *3 (W.D. Wis. May 17, 2022). |

| WV | **Whether the product was reasonably safe for intended use.** *Morningstar v. Black and Decker Mfg. Co.*, 253 S.E.2d 666, 683 (W.Va. 1979). | **Required.**  *Mullins v. Ethicon, Inc.*, 2016 WL 7197441, at *5 (S.D.W. Va. Dec. 9, 2016) |
|---|---|---|
| WY | **Whether the product is unsafe when put to a reasonably foreseeable use.** *Campbell ex rel. Campbell v. Studer, Inc.*, 970 P.2d 389, 392–93 (Wyo. 1998). | **Required.**  *Campbell ex rel. Campbell v. Studer*, Inc., 970 P.2d 389, 392 n. 1 (Wyo. 1998) |